**United States District Court**

For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   K. OLIVER,

10              Plaintiff,                        No. C 12-00943 JSW

11      v.

12  MICROSOFT CORPORATION,              **ORDER OF RECUSAL**

13              Defendant.

14  _____/

15          TO ALL PARTIES AND COUNSEL OF RECORD:

16          I, the undersigned judge of the court, finding myself disqualified in the above-entitled

17  action, hereby recuse myself from this case and request that the case be reassigned pursuant to

18  the provisions of paragraph E.2 of the Assignment Plan.

19          **IT IS SO ORDERED.**

20

21  Dated:  March 2, 2012                    _____

22                                            JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28