**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

K. OLIVER,

    Plaintiff,                      No. C 12-00943 JSW

    v.

MICROSOFT CORPORATION,          **ORDER OF RECUSAL**

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: March 2, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE