1  COUNSEL LISTED ON FOLLOWING PAGE

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | K. OLIVER,                              | Case No. CV 12 00943 RS
13 |           Plaintiff,                    | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLAIMS**
14 |      v.                                 |
15 | MICROSOFT CORPORATION AND DOES 1-25, INCLUSIVE, |
16 |                                         | Date:   August 9, 2012
   |           Defendants.                   | Time:   1:30 p.m.
17 |                                         | Place:  Courtroom 3
   |                                         | Judge:  The Hon. Richard Seeborg

18

19

20

21

22

23

24

25

26

27

28

1  KATHLEEN M. LUCAS (STATE BAR NO. 80339)
   SHAWNA B. CASEBIER (STATE BAR NO. 267782)
2  THE LUCAS LAW FIRM
   180 Montgomery Street, Suite 2000
3  San Francisco, CA 94104
   Telephone:     415-402-0200
4  Facsimile:     415-402-0400
   klucas@lucaslaw.net
5  scasebier@lucaslaw.net

6  Attorneys for Plaintiff
   K. OLIVER
7

8  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JESSICA R. PERRY (STATE BAR NO. 209321)
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
10 Menlo Park, California  94025
   Telephone:     650-614-7400
11 Facsimile:     650-614-7401
   lchermle@orrick.com
12 jperry@orrick.com

13 BROOKE D. ARENA (STATE BAR NO. 238836)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
14 The Orrick Building
   405 Howard Street
15 San Francisco, CA  94105-2669
   Telephone:     415-773-5700
16 Facsimile:     415-773-5759
   barena@orrick.com
17
   Attorneys for Defendant
18 MICROSOFT CORPORATION

19

20

21

22

23

24

25

26

27

28

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON DEFENDANT'S MOTION
TO DISMISS AND STRIKE PLAINTIFF'S CLAIMS
[CV 12 00943 RS]

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff K. Oliver and Defendant Microsoft Corporation, by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order seeking a continuance of the Hearing on Defendant's Motion to Dismiss and Strike Plaintiff's Claims currently scheduled for August 9, 2012.

WHEREAS, Defendant noticed its Motion to Dismiss and Strike Plaintiff's Claims for August 9, 2012, at 1:30 p.m.;

WHEREAS, Plaintiff's counsel is unavailable August 9, 2012 through August 28, 2012 due to a surgical procedure;

WHEREAS, Defendant's counsel and Plaintiff's counsel are both available on September 27, 2012 at 1:30 p.m. and amenable to continuing the Hearing on Defendant's Motion to Dismiss and Strike Plaintiff's Claims to that date;

WHEREAS, the continuance of the Hearing on Defendant's Motion to Dismiss and Strike Plaintiff's Claims will not affect any other dates and deadlines in this matter;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The Hearing on Defendant's Motion to Dismiss and Strike Plaintiff's Claims, presently scheduled for August 9, 2012, is continued to September 27, 2012, at 1:30 p.m., or as soon thereafter as the Court's schedule will allow.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 28, 2012

KATHLEEN M. LUCAS
SHAWNA B. CASEBIER
THE LUCAS LAW FIRM

By: _____/s/ Kathleen M. Lucas_____
Kathleen M. Lucas
Attorneys for Plaintiff K. Oliver

Dated: June 28, 2012

LYNNE C. HERMLE
JESSICA R. PERRY
BROOKE D. ARENA
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Lynne C. Hermle_____
Lynne C. Hermle
Attorneys for Defendant Microsoft Corporation

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3     The Hearing on Defendant's Motion to Dismiss and Strike Plaintiff's Claims is continued

4 to September _27_, 2012, at 1:30 p.m.

5

6 Dated: _7/3/12_ _____

                            The Honorable Richard Seeborg
7                               United States District Judge

8

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON DEFENDANT'S MOTION
TO DISMISS AND STRIKE PLAINTIFF'S CLAIMS
[CV 12 00943 RS]