1  KATHLEEN M. LUCAS (STATE BAR NO. 80339)
   SHAWNA B. CASEBIER (STATE BAR NO. 267782)
2  THE LUCAS LAW FIRM
   180 Montgomery Street, Suite 2000
3  San Francisco, CA 94104
   Telephone:    415-402-0200
4  Facsimile:    415-402-0400
   klucas@lucaslaw.net
5  scasebier@lucaslaw.net

6  Attorneys for Plaintiff
   K. OLIVER
7
   LYNNE C. HERMLE (STATE BAR NO. 99779)
8  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, California 94025
10 Telephone:    650-614-7400
   Facsimile:    650-614-7401
11 lchermle@orrick.com
   jperry@orrick.com
12
   BROOKE D. ARENA (STATE BAR NO. 238836)
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
14 405 Howard Street
   San Francisco, CA 94105-2669
15 Telephone:    415-773-5700
   Facsimile:    415-773-5759
16 barena@orrick.com

17 Attorneys for Defendant
   MICROSOFT CORPORATION
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. OLIVER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION AND DOES 1-25, INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 12 00943 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　September 6, 2012<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 3<br>Judge:　　The Hon. Richard Seeborg |

1     Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff K. Oliver and Defendant Microsoft Corporation, by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order seeking a three-week continuance of the Case Management Conference currently scheduled for September 6, 2012.

    WHEREAS, the Court's June 26, 2012 Clerk's Notice set a Case Management Conference in this matter for September 6, 2012, at 10:00 a.m.;

    WHEREAS, Defendant's counsel is unavailable on September 6, 2012 due to a long-planned pre-paid vacation;

    WHEREAS, Defendant's counsel and Plaintiff's counsel are both available on September 27, 2012 at 1:30 p.m. and amenable to continuing the Case Management Conference to that date, to be held concurrently with the hearing on Defendant's motion to dismiss and strike Plaintiff's claims scheduled for that date and time;

    WHEREAS, the three-week continuance of the Case Management Conference will not affect any other dates and deadlines in this matter;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

    The further Case Management Conference, presently scheduled for September 6, 2012, at 10:00 a.m., is continued to September 27, 2012, at 1:30 p.m., or as soon thereafter as the Court's schedule will allow.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 30, 2012    KATHLEEN M. LUCAS
    SHAWNA B. CASEBIER
    THE LUCAS LAW FIRM

    By: _____/s/ Kathleen M. Lucas_____
    Kathleen M. Lucas
    Attorneys for Plaintiff K. Oliver

Dated: July 30, 2012    LYNNE C. HERMLE
    JESSICA R. PERRY
    BROOKE D. ARENA
    ORRICK, HERRINGTON & SUTCLIFFE LLP

    By: _____/s/ Lynne C. Hermle_____
    Lynne C. Hermle
    Attorneys for Defendant Microsoft Corporation

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference is continued to September 27, 2012, at 1:30 p.m.

Dated: 7-30-12

_____
The Honorable Richard Seeborg
United States District Judge