KATHLEEN M. LUCAS (STATE BAR NO. 80339)
SHAWNA B. CASEBIER (STATE BAR NO. 267782)
THE LUCAS LAW FIRM
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    415-402-0200
Facsimile:     415-402-0400
klucas@lucaslaw.net
scasebier@lucaslaw.net

Attorneys for Plaintiff
K. OLIVER

LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:    650-614-7400
Facsimile:     650-614-7401
lchermle@orrick.com
jperry@orrick.com

BROOKE D. ARENA (STATE BAR NO. 238836)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759
barena@orrick.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. OLIVER,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION AND DOES 1-25, INCLUSIVE,<br><br>        Defendants. | Case No. CV 12 00943 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:    September 6, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 3<br>Judge:  The Hon. Richard Seeborg |

1  Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff K. Oliver and Defendant Microsoft Corporation, by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order seeking a three-week continuance of the Case Management Conference currently scheduled for September 6, 2012.

WHEREAS, the Court's June 26, 2012 Clerk's Notice set a Case Management Conference in this matter for September 6, 2012, at 10:00 a.m.;

WHEREAS, Defendant's counsel is unavailable on September 6, 2012 due to a long-planned pre-paid vacation;

WHEREAS, Defendant's counsel and Plaintiff's counsel are both available on September 27, 2012 at 1:30 p.m. and amenable to continuing the Case Management Conference to that date, to be held concurrently with the hearing on Defendant's motion to dismiss and strike Plaintiff's claims scheduled for that date and time;

WHEREAS, the three-week continuance of the Case Management Conference will not affect any other dates and deadlines in this matter;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The further Case Management Conference, presently scheduled for September 6, 2012, at 10:00 a.m., is continued to September 27, 2012, at 1:30 p.m., or as soon thereafter as the Court's schedule will allow.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 30, 2012

KATHLEEN M. LUCAS
SHAWNA B. CASEBIER
THE LUCAS LAW FIRM

By: _____/s/ Kathleen M. Lucas_____
Kathleen M. Lucas
Attorneys for Plaintiff K. Oliver

Dated: July 30, 2012

LYNNE C. HERMLE
JESSICA R. PERRY
BROOKE D. ARENA
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Lynne C. Hermle_____
Lynne C. Hermle
Attorneys for Defendant Microsoft Corporation

1  JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
[CV 12 00943 RS]

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference is continued to September 27, 2012, at 1:30 p.m.

Dated: 7-30-12

_____
The Honorable Richard Seeborg
United States District Judge