IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

K. OLIVER,

        Plaintiff,

  v.

MICROSOFT CORP. and DOES 1-25,

        Defendants.
_____/

No. C 12-00943 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 27, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

Parties, before the next scheduled CMC, will make further efforts to engage in the Alternative Dispute Resolution in the form of private mediation.

    2.    DISCOVERY.

On or before April 1, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of document requests; and (d) a reasonable number of requests for admissions.

    3.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **April 4, 2013 at 10:00 a.m.** in Courtroom 3, 17th

1 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
2 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

3     4.     EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
4 opinions shall proceed as follows:

5     A.     On or before June 17, 2013, parties will designate their experts in accordance with
6 Federal Rule of Civil Procedure 26(a)(2).

7     B.     On or before July 15, 2013, all discovery of expert witnesses pursuant to Federal
8 Rule of Civil Procedure 26(b)(4) shall be completed.

9     5.     PRETRIAL MOTIONS. All pretrial dispositive motions must be filed and served
10 pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than May 23, 2013.

11     6.     PRETRIAL DISCLOSURES. All pretrial disclosures must be made on or before
12 August 14, 2013.

13     7.     PRETRIAL CONFERENCE. The final pretrial conference will be held on
14 **September 12, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
15 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the
16 case shall attend personally.

17     8.     TRIAL DATE. Trial shall commence on **September 23, 2013 at 9:00 a.m.**, in
18 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
19 California.

20     IT IS SO ORDERED.

22 DATED: 9/28/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2