1  COUNSEL LISTED ON FOLLOWING PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION AND DOES 1-25, INCLUSIVE,<br><br>        Defendants. | Case No. CV 12 00943 RS<br><br>**STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | KATHLEEN M. LUCAS (STATE BAR NO. 80339) |
|   | SHAWNA B. CASEBIER (STATE BAR NO. 267782) |
| 2 | THE LUCAS LAW FIRM |
|   | 180 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94104 |
|   | Telephone:     415-402-0200 |
| 4 | Facsimile:      415-402-0400 |
|   | klucas@lucaslaw.net |
| 5 | scasebier@lucaslaw.net |
| 6 | Attorneys for Plaintiff |
|   | K. OLIVER |
| 7 | |
| 8 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
|   | JESSICA R. PERRY (STATE BAR NO. 209321) |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 10 | Menlo Park, California 94025 |
|    | Telephone:     650-614-7400 |
| 11 | Facsimile:      650-614-7401 |
|    | lchermle@orrick.com |
| 12 | jperry@orrick.com |
| 13 | BROOKE D. ARENA (STATE BAR NO. 238836) |
|    | KRISTEN M. JACOBY (STATE BAR NO. 243857) |
| 14 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | The Orrick Building |
| 15 | 405 Howard Street |
|    | San Francisco, CA 94105-2669 |
| 16 | Telephone:     415-773-5700 |
|    | Facsimile:      415-773-5759 |
| 17 | barena@orrick.com |
|    | kjacoby@orrick.com |
| 18 | |
|    | Attorneys for Defendant |
| 19 | MICROSOFT CORPORATION |

- 2 -

STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER [CV 12 00943 RS]

## **STIPULATION**

WHEREAS Plaintiff has stated that she intends to file the Third Amended Complaint, attached hereto as Exhibit A;

WHEREAS without waiving any objection it may have to the Third Amended Complaint, Defendant does not object to Plaintiff filing the Third Amended Complaint attached hereto as Exhibit A;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file the Third Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Defendant acknowledges that the Third Amended Complaint has been served on Defendant and Defendant's response and/or objection thereto is due by November 2, 2012.

Dated:  October 12, 2012         KATHLEEN M. LUCAS
                                  SHAWNA B. CASEBIER
                                  THE LUCAS LAW FIRM

                                  By:    */s/ Kathleen M. Lucas*
                                         Kathleen M. Lucas
                                         Attorneys for Plaintiff K. Oliver

Dated:  October 12, 2012         LYNNE C. HERMLE
                                  JESSICA R. PERRY
                                  BROOKE D. ARENA
                                  KRISTEN JACOBY
                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By:    */s/ Lynne C. Hermle*
                                         Lynne C. Hermle
                                         Attorneys for Defendant Microsoft Corporation

**IT IS SO ORDERED.**

Dated  10/15 , 2012.

_____
The Honorable Richard Seeborg
United States District Court Judge

STIPULATION TO ALLOW FILING OF
THIRD AMENDED COMPLAINT AND
[PROPOSED] ORDER [CV 12 00943 RS]