**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9   **K OLIVER**,

10              Plaintiff,                          No.C **12-00943 RS** (EDL)

11        v.                                        RECUSAL ORDER

12   **MICROSOFT CORPORATION**

13              Defendants.
    _____/

14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        This matter was referred to the undersigned for discovery purposes. The Court recuses itself

17   from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

18        IT IS SO ORDERED.

19   Dated: December 7, 2012

20                                                  _____
                                                    ELIZABETH D. LAPORTE
21                                                  United States Magistrate Judge

22
23
24
25
26
27
28