UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| K. OLIVER,<br><br>            Plaintiff,<br>   v.<br>MICROSOFT CORPORATION,<br><br>            Defendant.<br>_____/ | No. C 12-00943 RS (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Order of Reference, ECF No. 56. The court also notes that Plaintiff has alerted the court of a discovery dispute involving document subpoenas that were served on certain of Plaintiff's medical providers and which require production of medical records by December 10, 2012. Request for Referral, ECF No. 55.

To present the dispute to the court, the parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes. Once the court receives a joint discovery dispute letter from the parties, the court will review it. In the meantime, the medical providers who were served are directed not to produce documents in response to the subpoenas until the court resolves the pending discovery dispute. If, however, the medical providers have already produced documents in response to the subpoenas, Defendant is directed not to review any of the records until the court resolves the pending discovery

C 12-00943 RS (LB)
NOTICE OF REFERRAL AND ORDER

1 dispute.

2 **IT IS SO ORDERED.**

3 Dated: December 7, 2012

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 12-00943 RS (LB)
NOTICE OF REFERRAL AND ORDER
2