1  COUNSEL LISTED ON FOLLOWING PAGE

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  K. OLIVER,                              Case No. CV 12 00943 RS

13          Plaintiff,                      **STIPULATION AND [~~PROPOSED~~]**
                                            **ORDER REGARDING EXPERT**
14       v.                                 **DISCLOSURES**

15  MICROSOFT CORPORATION AND DOES
    1-25, INCLUSIVE,
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1   KATHLEEN M. LUCAS (STATE BAR NO. 80339)
    SHAWNA B. CASEBIER (STATE BAR NO. 267782)
2   THE LUCAS LAW FIRM
    180 Montgomery Street, Suite 2000
3   San Francisco, CA 94104
    Telephone:    415-402-0200
4   Facsimile:    415-402-0400
    klucas@lucaslaw.net
5   scasebier@lucaslaw.net

6   **Attorneys for Plaintiff**
    **K. OLIVER**

7

8   LYNNE C. HERMLE (STATE BAR NO. 99779)
    JESSICA R. PERRY (STATE BAR NO. 209321)
9   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
10   Menlo Park, California 94025
    Telephone:    650-614-7400
11   Facsimile:    650-614-7401
    lchermle@orrick.com
12   jperry@orrick.com

13   BROOKE D. ARENA (STATE BAR NO. 238836)
    KRISTEN M. JACOBY (STATE BAR NO. 243857)
14   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
15   405 Howard Street
    San Francisco, CA 94105-2669
16   Telephone:    415-773-5700
    Facsimile:    415-773-5759
17   barena@orrick.com
    kjacoby@orrick.com
18

    **Attorneys for Defendant**
19   **MICROSOFT CORPORATION**

20

21

22

23

24

25

26

27

28

OHSUSA:753977056.1

Plaintiff Kelly Oliver ("Plaintiff") and Defendant Microsoft Corporation ("Defendant" or "Microsoft"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the Court's Pre-Trial Scheduling Order established June 17, 2013 as the deadline for expert disclosures in this matter;

WHEREAS, Defendant requested from the Court that the Expert Disclosure deadline be extended by stipulation of the parties;

WHEREAS, Plaintiff has not objected to Defendant's request to extend the Expert Disclosure deadline;

WHEREAS, extension of the Expert Disclosure deadline will not impact any deadlines unrelated to expert discovery in this matter;

WHEREAS, the parties have agreed that the Expert Disclosure deadline be extended to July 17, 2013;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The deadline for expert disclosures in this matter is extended to July 17, 2013, with rebuttal expert designations to be made by July 31, 2013. Discovery relating to expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before August 13, 2013.

SO STIPULATED:

Dated: June 14, 2013          KATHLEEN M. LUCAS
SHAWNA B. CASEBIER
THE LUCAS LAW FIRM

                                       ___/s/ Kathleen M. Lucas_____
Kathleen M. Lucas
Attorneys for Plaintiff K. Oliver

Dated: June 14, 2013          LYNNE C. HERMLE
JESSICA R. PERRY
BROOKE D. ARENA
KRISTEN M. JACOBY
ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         ___/s/ Lynne C. Hermle_____
Lynne C. Hermle
Attorneys for Defendant Microsoft Corporation

STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCLOSURES [CV 12 00943 RS]

**IT IS SO ORDERED.**

Dated __6/17_____, 2013.

_____
              The Honorable Richard Seeborg
              United States District Court Judge