COUNSEL LISTED ON FOLLOWING PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K. OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION AND DOES 1-25, INCLUSIVE,<br><br>        Defendants. | Case No. CV 12 00943 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURES** |

| | |
|---|---|
| 1 | KATHLEEN M. LUCAS (STATE BAR NO. 80339) |
| | SHAWNA B. CASEBIER (STATE BAR NO. 267782) |
| 2 | THE LUCAS LAW FIRM |
| | 180 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415-402-0200 |
| 4 | Facsimile: 415-402-0400 |
| | klucas@lucaslaw.net |
| 5 | scasebier@lucaslaw.net |
| 6 | **Attorneys for Plaintiff** |
| | **K. OLIVER** |
| 7 | |
| 8 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JESSICA R. PERRY (STATE BAR NO. 209321) |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 10 | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 |
| 11 | Facsimile: 650-614-7401 |
| | lchermle@orrick.com |
| 12 | jperry@orrick.com |
| 13 | BROOKE D. ARENA (STATE BAR NO. 238836) |
| | KRISTEN M. JACOBY (STATE BAR NO. 243857) |
| 14 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 15 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 16 | Telephone: 415-773-5700 |
| | Facsimile: 415-773-5759 |
| 17 | barena@orrick.com |
| | kjacoby@orrick.com |
| 18 | |
| | **Attorneys for Defendant** |
| 19 | **MICROSOFT CORPORATION** |

Plaintiff Kelly Oliver ("Plaintiff") and Defendant Microsoft Corporation ("Defendant" or "Microsoft"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the Court's Pre-Trial Scheduling Order established June 17, 2013 as the deadline for expert disclosures in this matter;

WHEREAS, Defendant requested from the Court that the Expert Disclosure deadline be extended by stipulation of the parties;

WHEREAS, Plaintiff has not objected to Defendant's request to extend the Expert Disclosure deadline;

WHEREAS, extension of the Expert Disclosure deadline will not impact any deadlines unrelated to expert discovery in this matter;

WHEREAS, the parties have agreed that the Expert Disclosure deadline be extended to July 17, 2013;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The deadline for expert disclosures in this matter is extended to July 17, 2013, with rebuttal expert designations to be made by July 31, 2013. Discovery relating to expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before August 13, 2013.

SO STIPULATED:

Dated: June 14, 2013

KATHLEEN M. LUCAS
SHAWNA B. CASEBIER
THE LUCAS LAW FIRM

___/s/ Kathleen M. Lucas_____
Kathleen M. Lucas
Attorneys for Plaintiff K. Oliver

Dated: June 14, 2013

LYNNE C. HERMLE
JESSICA R. PERRY
BROOKE D. ARENA
KRISTEN M. JACOBY
ORRICK, HERRINGTON & SUTCLIFFE LLP

___/s/ Lynne C. Hermle_____
Lynne C. Hermle
Attorneys for Defendant Microsoft Corporation

**IT IS SO ORDERED.**

Dated __6/17_____, 2013.

_____
The Honorable Richard Seeborg
United States District Court Judge