1  COUNSEL LISTED ON FOLLOWING PAGE

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  K. OLIVER,                                   Case No.: CV 12-0943 RS

13            Plaintiff/Appellant,
                                                 **STIPULATION RE: SATISFACTION OF AWARD**
14       vs.                                     **OF COSTS AND [**~~PROPOSED~~**] ORDER**

15  MICROSOFT CORPORATION AND
    DOES 1-25, INCLUSIVE,
16
              Defendants/Appellees.
17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JESSICA R. PERRY (STATE BAR NO. 209321) |
| 2 | Orrick, Herrington & Sutcliffe LLP |
| | 1000 Marsh Road |
| 3 | Menlo Park, California  94025 |
| | Telephone:     650-614-7400 |
| 4 | Facsimile:      650-614-7401 |
| 5 | lchermle@orrick.com |
| | jperry@orrick.com |
| 6 | |
| 7 | KRISTEN M. JACOBY (STATE BAR NO. 243857) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | The Orrick Building |
| | 405 Howard Street |
| 9 | San Francisco, CA  94105-2669 |
| | Telephone:     415-773-5700 |
| 10 | Facsimile:      415-773-5759 |
| | kjacoby@orrick.com |
| 11 | |
| 12 | **Attorneys for Defendant** |
| | **MICROSOFT CORPORATION** |
| 13 | |
| 14 | KATHLEEN M. LUCAS (STATE BAR NO. 80339) |
| | SHAWNA B. CASEBIER (STATE BAR NO. 267782) |
| 15 | THE LUCAS LAW FIRM |
| 16 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |
| 17 | Telephone:     415-402-0200 |
| | Facsimile:      415-402-0400 |
| 18 | klucas@lucaslaw.net |
| | scasebier@lucaslaw.net |
| 19 | |
| 20 | **Attorneys for Plaintiff** |
| | **K. OLIVER** |

Pursuant to Federal Rule of Civil Procedure Rule 60, Plaintiff K. Oliver and Defendant Microsoft Corporation, through their designated counsel, hereby stipulate as follows:

WHEREAS the Court granted Microsoft Corporation's Motion for Summary Judgment on August 5, 2013, and judgment was entered the same day.

WHEREAS Defendant filed its Bill of Costs on August 19, 2013.

WHERAS the Clerk's Order Taxing Costs was entered on September 6, 2013.

WHEREAS Plaintiff filed a Motion to Review the Clerk's Order Taxing Costs on September 13, 2013.

WHEREAS the Court took under consideration Plaintiff's Motion to Review the Clerk's Order Taxing Costs without oral argument and, to date, has not issued a ruling on Plaintiff's Motion to Review the Clerk's Order Taxing Costs.

WHEREAS the Parties agree that Plaintiff has fully and finally satisfied the award of costs issued in Defendant's favor by the Clerk of the Court on September 6, 2013.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. Plaintiff's Motion to Review the Clerk's Order Taxing Costs is withdrawn; and
2. Plaintiff has fully and finally satisfied the award of costs issued by the Clerk of the Court in this matter.

Dated:  December 18, 2013

LYNNE C. HERMLE
JESSICA R. PERRY
KRISTEN M. JACOBY
ORRICK, HERRINGTON & SUTCLIFFE LLP


___/s/ Lynne C. Hermle_____
Lynne C. Hermle
Attorneys for Defendant Microsoft Corporation


Dated:  December 18, 2013

KATHLEEN M. LUCAS
SHAWNA B. CASEBIER
THE LUCAS LAW FIRM


____/s/ Kathleen M. Lucas_____
Kathleen M. Lucas
Attorneys for Plaintiff K. Oliver

~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiff's Motion to Review the Clerk's Order Taxing Costs is withdrawn; and

2. Plaintiff has fully and finally satisfied the award of costs issued by the Clerk of the Court in this matter.

Dated: 12/19/13

_____
The Honorable Richard Seeborg
United States District Court Judge